260 So.2d 322

**STATE of Louisiana**

**v.**

**Captain Joseph Young WILLIAMS, III.**

**No. 52352.**

April 18, 1972.

The application is premature in consideration of the trial judge's return and subsequent action in this matter. Relator's rights are fully reserved to reapply should an adverse judgment be ultimately rendered against him.